IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | CRIMINAL NO. 1:18-CR-171 |
| | : | |
| v. | : | (Chief Judge Conner) |
| | : | |
| **BRANDON ORR (2),** | : | |
| | : | |
| **Defendant** | : | |

# **ORDER**

AND NOW, this 15th day of August, 2019, upon consideration of the motion (Doc. 84) to suppress evidence by defendant Brandon Orr ("Orr"), and the parties' respective briefs in support of and opposition to said motion, and for the reasons stated in the accompanying memorandum, it is hereby ORDERED that Orr's motion (Doc. 84) to suppress is DENIED.

 /S/ CHRISTOPHER C. CONNER
Christopher C. Conner, Chief Judge
United States District Court
Middle District of Pennsylvania